# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 93CR1416-MMA |
|---|---|---|
| Plaintiff, | ) | **ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT** |
| v. | ) | |
| DEMETRIO ARREDONDO-VALDEZ, | ) | [Doc. No. 16] |
| Defendant. | ) | |

Upon motion of the United States of America, good cause appearing, the Court hereby **DISMISSES** the Indictment in the above entitled case without prejudice and **RECALLS** the Arrest Warrant.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: October 6, 2014

_____
HON. MICHAEL M. ANELLO
United States District Judge